IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:21-CV-00112-FDW-DSC

| | |
|---|---|
| CHRISTOPHER HOLLIS, HERMAN PURVIS AND VERAKA STURDIVANT, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | )    **ORDER**<br>) |
| VALLEY PROTEINS INC., | )<br>) |
| Defendant. | ) |

**THIS MATTER** is before the Court on "Plaintiffs' Expedited Motion to Compel Discovery and for Protective Order Regarding the Scheduling of Named Plaintiffs' Depositions," Doc. 39, filed on August 17, 2021 and the parties' associated briefs and exhibits. See Docs. 40 and 42.

Plaintiffs seek an order compelling Defendant to supplement its responses to Plaintiffs' First Set of Interrogatories and Requests for Production of Documents, to schedule named Plaintiffs' depositions on non-consecutive days and imposing sanctions against Defendant for discovery violations.

The Court has carefully examined the record, the parties' arguments and the applicable authorities. For the reasons stated in Defendants' Response in Opposition, Plaintiff's Motion to Compel is DENIED.

**IT IS HEREBY ORDERED** that:

1. "Plaintiffs' Expedited Motion to Compel Discovery and for Protective Order Regarding the Scheduling of Named Plaintiffs' Depositions," Doc. 39, is **DENIED**.

2. The parties shall bear their own costs at this time.

3. The Clerk is directed to send copies of this Order to counsel for the parties and to the Honorable Frank D. Whitney.

**SO ORDERED**.

Signed: September 8, 2021

David S. Cayer
United States Magistrate Judge