UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:21-CV-00112-FDW-DSC

| | |
|---|---|
| CHRISTOPHER HOLLIS *et al.*, | )<br>) |
| Plaintiffs, | )<br>) |
| vs. | )    ORDER<br>) |
| VALLEY PROTEINS INC., | )<br>) |
| Defendant. | )<br>) |

THIS MATTER is before the Court, *sua sponte*, as to the trial setting in this matter, which is currently scheduled to begin with docket call on July 11, 2022. Because of the Fairness Hearing scheduled for August 2, 2022, the Court hereby CONTINUES trial in this matter to the mixed term beginning September 12, 2022.

IT IS SO ORDERED.

Signed: June 29, 2022

Frank D. Whitney
United States District Judge