IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| CHRISTOPHER HOLLIS, HERMAN PURVIS, and VERAKA STURDIVANT on behalf of themselves and all others similarly situated, <br><br> *Plaintiffs,* <br><br> vs. <br><br> VALLEY PROTEINS, INC., <br><br> *Defendant.* | CA No. 3:21-cv-00112-FDW-DSC |

## PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL OF THE COLLECTIVE AND CLASS ACTION SETTLEMENT

For the reasons set forth in the accompanying Memorandum of Law in Support of Plaintiffs' Motion for Final Approval of the Class and Collective Action Settlement ("Motion for Final Approval"), Plaintiffs respectfully request the Court enter an Order:

(1) Granting final approval of the Parties' Stipulation of Settlement and Release (Dkt. 105-1, Exhibit A), including the class action settlement pursuant to Fed. R. Civ. P. 23 and the Fair Labor Standards Act (FLSA) collective action settlement contained therein; and

(2) Granting any other relief that the Court deems just and proper.

Plaintiffs have contemporaneously submitted a Proposed Order, attached hereto, for the Court's convenience.

Respectfully submitted this July 26, 2022.

                                                     */s/ Gilda Adriana Hernandez*
                                                     Gilda A. Hernandez (NCSB No. 36812)
                                                     Charlotte C. Smith (NCSB No. 53616)

**THE LAW OFFICES OF GILDA A. HERNANDEZ, PLLC**
1020 Southhill Drive, Suite 130
Cary, NC 27513
Tel:  919 741-8693
Fax:  919 869-1853
ghernandez@gildahernandezlaw.com
csmith@gildahernandezlaw.com

*Attorneys for Plaintiffs*

# CERTIFICATE OF SERVICE

I hereby certify that on July 26, 2022, I filed the foregoing true and accurate copy of **PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL OF THE COLLECTIVE AND CLASS ACTION SETTLEMENT** with the Court using the CM/ECF system, and thereby electronically served the document to the following:

Andrew J. Henson (NCSB No. 49266)
**TROUTMAN PEPPER HAMILTON SANDERS LLP**
1001 Haxall Point, Suite 1500
Richmond, VA 23219
Phone: (804) 697-1390
Facsimile: (804) 697-1339
andrew.henson@troutman.com

Ashley Z. Hager (Georgia Bar No. 784505)
Emily E. Schifter (Georgia Bar No. 767888)
**TROUTMAN PEPPER HAMILTON SANDERS LLP**
Bank of America Plaza
600 Peachtree Street, NE, Suite 3000
Atlanta, GA 30308
Tel: (404) 885-3000
Facsimile: (404) 885-3900
ashley.hager@troutman.com
emily.schifter@troutman.com

*Attorneys for Defendant*

/s/ *Gilda Adriana Hernandez*
Gilda A. Hernandez (NCSB No.: 36812)
Charlotte C. Smith (NCSB No.: 53616)
**THE LAW OFFICES OF GILDA A. HERNANDEZ, PLLC**
1020 Southhill Dr., Ste. 130
Cary, NC 27513
Tel: (919) 741-8693
Fax: (919) 869-1853
ghernandez@gildahernandezlaw.com
csmith@gildahernandezlaw.com

*Attorneys for Plaintiffs*

3

Case 3:21-cv-00112-FDW-DSC   Document 119   Filed 07/26/22   Page 3 of 3